IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE HINES, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 12-1199-GPM |
| | ) |
| WARDEN HODGE, SA GODINEZ, | ) |
| | ) |
|        Defendants. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

      Judgment entered in favor of Defendants in this case on January 24, 2013 (Doc. 8) after the Court dismissed Plaintiff's complaint on the merits (Doc. 7).  On February 4, 2013, the Court received a motion for reconsideration from Plaintiff (Doc. 9).  This was filed contemporaneously with a notice of appeal (Doc. 10), and the Court has subsequently granted Plaintiff leave to proceed on appeal in forma pauperis (Doc. 16).  Though on appeal, the Court does have jurisdiction to consider this application for relief from Judgment.  *Brown v. United States,* 976 F.2d 1104, 1110-11 (7th Cir. 1992); *Graefenhain v. Pabst Brewing Co.,* 870 F.2d 1198, 1211 (7th Cir. 1989).

      In his motion, Plaintiff seeks to add defendants in an effort to show "a chain of command." (Doc. 9).   Plaintiff's motion was filed within the time period to be considered under Federal Rule of Civil Procedure 59(e), but whether considered under that standard or the more stringent Rule 60 standard, Plaintiff has not stated any grounds to merit alteration of the Judgment.  *See United States v. Resnick,* 594 F.3d 562, 568 (7th Cir. 2010) ("A motion to alter or amend judgment under

[Rule] 59(e) may be used to draw the district court's attention to a manifest error of law or fact or to newly discovered evidence.  A Rule 59(e) motion does not provide a vehicle for a party to undo its own procedural failures, and it certainly does not allow a party to introduce new evidence or advance arguments that could and should have been presented to the district court prior to the judgment."); *Ball v. City of Chicago,* 2 F.3d 752, 760 (7th Cir. 1993).  Mr. Hines's motion is **DENIED**, and jurisdiction now rests solely with the Court of Appeals for the Seventh Circuit.

**IT IS SO ORDERED.**

**DATED**:  March 22, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge